

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2023

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC** ("Rocksprings"),
Appellant

v.

Jackie **CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
Roland Andrade, Judge Presiding

## O R D E R

On February 3, 2023, the parties filed a joint motion to abate appellate deadlines pending supplementation of the clerk's record. In their motion, the parties advise the court that numerous required and requested items have been omitted from the clerk's record and supplemental clerk's record. The parties advise that the omitted items are:

| Date Filed | Item |
|---|---|
| November 10, 2020 | Defendant's Motion to Exclude the Expert Testimony and Report of P. Barton DeLacy and Stacy W. Jackson |
| February 26, 2021 | Agreed Scheduling Order |
| March 1, 2021 | Signed Agreed Scheduling Order |
| March 3, 2022 | Defendant's Supplement to Its Motion to Exclude the Expert Testimony and Reports of P. Barton DeLacy and Stacy W. Jackson |
| April 18, 2022 | Defendant's Trial Exhibit List |
| April 28, 2022 | Defendant's Page and Line Designations from the Deposition of Cherry Sheedy |
| April 28, 2022 | Defendant's Requested Jury Charge, Inclusive of Instructions and Questions |
| April 28, 2022 | Defendant's Rebuttal Page and Line Designations from the Deposition of Tom Cote |
| August 12, 2022 | Defendant Rocksprings Val Verde Wind LLC's Designation of Items for Inclusion in the Clerk's Record |

| January 25, 2022 | Defendant Rocksprings Val Verde Wind LLC's Request for Supplemental Clerk's Record |
|---|---|
| | Bill of Cost |

The parties' motion is GRANTED. Accordingly, we ORDER Jo Ann Cervantes, Clerk of the District Courts of Val Verde County, to prepare a second supplemental clerk's record that includes a copy of the foregoing items and file it on or before **February 16, 2023**. *See* TEX. R. APP. P. 34.5(c).

We further ORDER that all other appellate deadlines are suspended until the second supplemental clerk's record is filed. We further ORDER that appellant's brief is due no later than 30 days after the second supplemental clerk's record is filed.

We ORDER the clerk of this court to serve a copy of this order on the trial court, the county clerk, and all counsel.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court